```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 02943
   BERTHA A SISSON
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3155


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/26/2004 and was confirmed 03/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/05/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
ARCADIA FINANCIAL        SECURED            5762.64      4576.55      5762.64
ARCADIA FINANCIAL        UNSECURED              .00          .00          .00
CAPITAL ONE BANK         UNSECURED           953.07          .00       953.07
PROVIDIAN BANK           UNSECURED        NOT FILED          .00          .00
VERIZON WIRELESS         UNSECURED        NOT FILED          .00          .00
VERIZON WIRELESS         UNSECURED        NOT FILED          .00          .00
ZALUTSKY & PINSKI LTD    REIMBURSEMENT      194.00           .00       194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,200.00                  2,200.00
TOM VAUGHN               TRUSTEE                                       774.11
DEBTOR REFUND            REFUND                                        508.80

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                14,969.17

PRIORITY                                       194.00
SECURED                                      5,762.64
    INTEREST                                 4,576.55
UNSECURED                                      953.07
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           774.11
DEBTOR REFUND                                  508.80
                      ---------------       ---------------
TOTALS                 14,969.17             14,969.17




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 02943 BERTHA A SISSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 02943 BERTHA A SISSON